UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

JORGE AUGUSTINE VELAZQUEZ,
    a/k/a "Ugi,"

   Defendant.
_____/

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States and Defendant Jorge Augustine Velazquez (VELAZQUEZ) agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

(1)    From March 2011 through August 2013, VELAZQUEZ supplied black market testosterone and other substances to co-conspirators Anthony Publio Bosch ("Bosch") or Carlos Javier Acevedo ("Acevedo"). Bosch or Acevedo would order vials of testosterone from VELAZQUEZ via telephone calls and/or text messages. Once these orders were received, VELAZQUEZ would have co-defendant, Christopher Benjamin Engroba ("Engroba"), prepare the orders for delivery. Either VELAZQUEZ or Engroba would make the delivery of testosterone and other substances to Bosch's clinic, Biokem, located in Miami, Florida. Upon delivery by either VELAZQUEZ or Engroba, an inventory of testosterone and other substances was conducted by Acevedo or a clinic employee in the presence of either VELAZQUEZ or Engroba. At times, these vials of testosterone had a pharmacy's name on the label. On some occasions, the name of the drug was on the label, but not the pharmacy's name. There were also instances when the medication was

delivered and had no label at all. Once the delivery was confirmed, Acevedo or another employee would pay either VELAZQUEZ or Engroba with cash or check payable to "Boca Body," which was an anti-aging clinic owned and operated by VELAZQUEZ.

(2)     VELAZQUEZ was aware the testosterone he supplied to Bosch and Acevedo was used by them to inject people in South Florida and elsewhere.

(3)     VELAZQUEZ is not a licensed physician in the State of Florida, or anywhere else, and does not possess any kind of license or authorization from the Drug Enforcement Administration ("DEA") to dispense or prescribe Schedule III drugs, like, testosterone.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 10/10/14

By: _____
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY

Date: 10/10/14

By: _____
GEORGE J. VILA, Esq.
ATTORNEY FOR DEFENDANT

Date: 10/10/14

By: _____
JORGE AUGUSTINE VELAZQUEZ
DEFENDANT

2